UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AIDEE ACOSTA,

                Plaintiff,

      -v-

SCHRIER, TOLIN & WAGMAN, LLC,
*et al.*,

                Defendants.

24-CV-5272 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

This case was removed from New York Supreme Court, Bronx County, on July 12, 2024. Counsel for the plaintiff is directed to file an appearance with this Court no later than August 2, 2024.

Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by July 23, 2024.

SO ORDERED.

Dated: July 16, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge